**Order entered July 3, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01116-CV

### CHRISTY HAYES A/K/A CHRISTY MAYO, Appellant

### V.

### MAYLON S. JOHNSON, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01963-2017**

## ORDER

Before the Court is appellant's July 2, 2018 third motion for an extension of time to file a brief. Appellant requests a seven-day extension. We **GRANT** the motion and extend the time to **July 9, 2018**. We caution appellant that further extension requests will be disfavored.

/s/    ADA BROWN
         JUSTICE